# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134780(47)

MILJEVICH CORPORATION,
      Plaintiff-Appellant,

v

NORTH COUNTRY BANK & TRUST,
      Defendant-Appellee.

SC: 134780
COA: 268356
Ontonagon CC: 04-000094-CK

_____

      On order of the Chief Justice, the motion for extension to April 11, 2008 of the time for filing supplemental briefs is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2008

_____
Clerk